No. 97–7040. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7044. BELL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7047. LANE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–7048. LOMAX v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 97–7053. LARSON v. COURT OF CRIMINAL APPEALS OF TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–7054. SMITH v. WOLF ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7059. MASTRACCHIO v. VOSE, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. Sup. Ct. R. I. Certiorari denied.

No. 97–7062. LAWRENCE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 97–7068. HEIM v. NEBRASKA ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–7071. HUALDE-REDIN v. ROYAL BANK OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–7072. RODRIGUEZ v. O'KEEFE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 97–7075. RICHARDSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7076. RANDALL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7079. HISHAW v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.